FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 21, 2020

SEAN F. MCAVOY, CLERK

William D. Hyslop
United States Attorney
Eastern District of Washington
Caitlin Baunsgard
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-CR-141-RMP |
| Plaintiff, | INDICTMENT |
| v. | Vio: 18 U.S.C. §§ 922(g)(1), 924(a)(2) Felon in Possession of a Firearm |
| RAFAEL LIMA (a/k/a "Froggy"), | |
| Defendant. | Forfeiture Allegations: 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c) |

The Grand Jury charges:

On or about March 26, 2020, in the Eastern District of Washington, the Defendant, RAFAEL LIMA (a/k/a "Froggy"), knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit: a Walther Model PPK .22 caliber semi-automatic handgun bearing serial number WF009632, which firearm had theretofore been transported in interstate and/or foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2).

INDICTMENT – 1

## NOTICE OF FORFEITURE ALLEGATIONS

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2), as set forth in the sole count of the Indictment, the Defendant, RAFAEL LIMA (a/a "Froggy"), shall forfeit to the United States of America, any firearm involved or used in the commission of the offense. The assets to be forfeited include, but are not limited to: a Walther Model PPK .22 caliber semi-automatic handgun bearing serial number WF009632.

DATED this _24_ day of October, 2020.

A TRUE BILL

William D. Hyslop
United States Attorney

Caitlin Baunsgard
Assistant United States Attorney

INDICTMENT – 2