1  William D. Hyslop
2  United States Attorney
   Eastern District of Washington
3  Caitlin Baunsgard
4  Assistant United States Attorney
   Post Office Box 1494
5  Spokane, WA 99210-1494
6  Telephone:  (509) 353-2767

7

8              UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF WASHINGTON
9

10 UNITED STATES OF AMERICA,

11                    Plaintiff,

12          v.                         Case No.: 2:20-CR-00141-RMP-1

13
14 RAFAEL LIMA,                        Joint Discovery Status Report

15                    Defendant.

16

17       Plaintiff, United States of America, by and through William D. Hyslop

18 United States Attorney for the Eastern District of Washington, and Caitlin

19
20 Baunsgard, Assistant United States Attorney for the Eastern District of

21 Washington, submits the following joint discovery status report in response to the

22
23 Court's pretrial Order in the above referenced cause.

24       On October 28, 2020, the Court entered a Pretrial Order directing the parties

25
26 to meet to discuss the scope and timeline for discovery disclosures by November

27 12, 2020, and file a discovery status report within three days of that meeting (ECF

28 No. 16).

Joint Discovery Status Report – 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

On November 4, 2020, the United States provided discovery in this matter consisting of bates numbered pages 10000001-10000003.23, 10000005-10000006.54, 20000001-20000637, 30000001-30000001.08 and video titled "Ceballos Assault 05-06-2020".

The assigned AUSA has been in contact with Ms. Rubin and there are no concerns or issues with the status of discovery at this time.  Counsel will continue to try and address any issues prior to raising them with the Court but at this time do not foresee there to be a discovery related issue.  The United States will continue to provide any additional discovery as it is received.

Dated:  November 16, 2020.

William D. Hyslop
United States Attorney

*s/ Caitlin Baunsgard*
Caitlin Baunsgard
Assistant United States Attorney

Joint Discovery Status Report – 2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2020, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system which will send

notification of such filing to the following:

Amy Rubin: amy_rubin@fd.org


*s/ Caitlin Baunsgard*
Caitlin Baunsgard
Assistant United States Attorney

Joint Discovery Status Report – 3